Decided September 15, 1998

CONNECTICUT POST LIMITED PARTNERSHIP *v.* ROBERT LEVINE

The defendant's petition for certification for appeal from the Appellate Court (AC 18446) is dismissed.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Max F. Brunswick,* in support of the petition.

*Noble F. Allen,* in opposition.

Decided September 15, 1998